**Order entered October 1, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00493-CV

### BARBARA J. LIPSHY, DEBRA KAPLAN AND ELLEN LEWIS, Appellants

### V.

### LAWRENCE R. BURK, CREDIT FINANCE CORPORATION, AND MAIN STREET MANAGEMENT CORPORATION, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14245**

## ORDER

Before the Court is appellees' September 27, 2019 motion for extension of time to file their brief. Appellees seek the extension, in part, pending the Court's determination of their motion to dismiss the appeal as moot.

We **GRANT** the motion to the extent we **SUSPEND** the briefing deadline. The Court will reset the deadline should it deny the motion to dismiss.

/s/    KEN MOLBERG
JUSTICE